Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:14-cv-01208-DMG-RZ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| EVO MERCHANT SERVICES, LLC, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 31st day of October, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 31st day of October, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

TIFFANY CHEUNG
TCheung@mofo.com
ADAM SEVELL
ASevell@mofo.com
MORRISON & FOERSTER LLP
Attorneys for Defendant


This 31st day of October, 2014.

s/Todd M. Friedman
Todd M. Friedman