UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>EVO MERCHANT SERVICES, LLC,<br><br>            Defendant. | Case No.: CV 14-01208 DMG (RZx)<br><br>**ORDER RE STIPULATION OF DISMISSAL [18]** |

The Court, having reviewed the parties' Stipulation of Dismissal, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that:

(1) This action is dismissed in its entirety. The claims alleged on behalf of Plaintiff Casey Blotzer as an individual are dismissed with prejudice. The claims alleged on behalf of the putative class members are dismissed without prejudice.

(2) Each party shall bear her or its own costs and expenses, including attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 16, 2014

                                          _____
                                          DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE